UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RJR (XXX-XX-0909)            CIVIL ACTION NO. 09-1284

VERSUS            JUDGE S. MAURICE HICKS, JR.

US COMMISSIONER SOCIAL SECURITY ADMINISTRATION            MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) and this case is **REMANDED** for further proceedings consistent with the court's decision.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 16th day of August, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE